IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ESTEFANY CHAVEZ-FRANCO et al.      *      CIVIL NO. WDQ-14-00294
      Vs                              *
PREMIER INSURANCE SOLUTIONS, INC.   *
OMAR ELIAS                          *
JAMIE L. CHENOWETH

<u>ORDER OF DEFAULT</u>

It appearing from the records and/or affidavit of Plaintiff that the Complaint and Summons were properly served upon the above name defendants on <u>February 16, 2014 and February 17, 2014</u>; and that the time for said defendants to plead or otherwise defend expired on  <u>March 9, 2014 ; and March 10, 2013,</u>  and that said defendants have failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of  Civil Procedure. Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said defendants is entered this 21st day of  <u>April, 2014.</u>

                      FELICIA CANNON, CLERK OF COURT

By: _____/s/_____
     Jakiba Herndon
     Deputy Clerk